MORRIS W. TAUB et al., Respondents, *v.* JOSEPHINE G. BRAUN, Appellant.

Submitted April 7, 1947; decided April 11, 1947.

*Joseph M. Schwartz* for motion to dismiss appeal.
*John O'Brien* for motion for enlargement of time.

Motion to dismiss appeal granted and appeal dismissed, with costs, and $10 costs of motion. Motion for enlargement of time denied.